**Gerald Lamont WASHINGTON, Movant/Appellant,**

v.

**STATE of Missouri, Respondent/Respondent.**

**No. ED 75853.**

Missouri Court of Appeals, Eastern District, Division Two.

Feb. 1, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 7, 2000.

Application for Transfer Denied April 25, 2000.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, for respondent.

question was located, rather than Clay County, the county of choice of the respondent for resolving this dispute.

Before KATHIANNE KNAUP CRANE, P.J., ROBERT G. DOWD, Jr., J. and SHERRI B. SULLIVAN, J.

*ORDER*

PER CURIAM.

Gerald Lamont Washington, movant, appeals from the judgment denying on the merits his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the motion court's judgment is based on findings of fact that are not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, prepared a memorandum opinion, for the use of the parties only, setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).